Form 3A
(10/05)

# United States Bankruptcy Court
District Of ____Illinois____

In re __Dena McClain__,                               Case No. __08-05204__
        Debtor
                                                      Chapter __13__

### APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__     Check one ☐ With the filing of the petition, or
                            ☐ On or before __April 4, 2008__
   $ __68.50__     on or before __May 2, 2008__
   $ __68.50__     on or before __June 2, 2008__
   $ __68.50__     on or before __July 2, 2008__

   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    Signature of Debtor: __Dena McClain__  Date: __3/5/08__
Signature of Attorney            Date      (In a joint case, both spouses must sign.)

_____
Name of Attorney                           _____
                                           Signature of Joint Debtor (if any)       Date

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 05 2008 SW
KENNETH S. GARDNER, CLERK
PS REP. - SW

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
District Of _____ Illinois _____

In re ___Derra McClain___,
Debtor

Case No. __08-05204__

Chapter __13__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one ☐ With the filing of the petition, or
                         ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __MAR 0 5 2008__

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Kenneth S. Gardner, Clerk of the Court